IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**TOMMY RADFORD**                                                                                              **PLAINTIFF**
ADC #089900

V.                               Case No. 2:24-CV-00121-JM-BBM

**APRIL ALLISON, Law Library Supv.,**
**East Arkansas Reg. Unit;**
**and MOSES JACKSON, Warden,**
**East Arkansas Reg. Unit**                                                                                **DEFENDANTS**

## ORDER

The Court has received a Recommendation from Magistrate Judge Benecia B. Moore. No objections have been filed, and the time to do so has now passed. After careful review of the Recommendation and the record in this case, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

IT IS THEREFORE ORDERED THAT:

1. Radford is allowed to PROCEED with his First Amendment retaliation claim against Allison in her individual capacity for threatening Radford.

2. Radford's remaining First Amendment retaliation claims and his access-to-courts, due process, corrective inaction, conspiracy, and official capacity claims are DISMISSED WITHOUT PREJUDICE for failure to state a claim upon which relief may be granted.

3. Moses Jackson is TERMINATED as a party to this action.

IT IS SO ORDERED this 14th day of April, 2025.

_____
UNITED STATES DISTRICT JUDGE