**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**TOMMY RADFORD**                                                                                    **PLAINTIFF**

**v.**                                              **Case No. 2:24-CV-00121-JM**

**APRIL ALLISON**                                                                                    **DEFENDANT**

## ORDER

Radford has not complied with the February 18, 2026 Order directing him to pay the filing and administrative fees for this case or file a free-world motion to proceed *in forma pauperis*. *Doc. 16.* The time to do so has expired.

Therefore, this case is dismissed without prejudice due to a lack of prosecution. Fed. R. Civ. P. 41(b); Local Rule 5.5(c)(2). It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 6th day of April, 2026.

_____
UNITED STATES DISTRICT JUDGE