**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION**

**TOMMY RADFORD**                                                    **PLAINTIFF**

**v.**                                    **Case No. 2:24-CV-00121-JM**

**APRIL ALLISON;**
**and MOSES JACKSON**                                          **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered separately today, this case is dismissed without prejudice. All relief sought is denied, and the case is closed.

DATED this 6th day of April, 2026.

_____
UNITED STATES DISTRICT JUDGE